UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JAMES FIFTH, STEVEN PENNINGTON, And DEBORAH PENNINGTON,  :  Plaintiffs,  :  v.  :  STATE FARM INSURANCE CO.,  :  Defendant.  : | Civil Action No. 11-7440 (NLH – JS)  **ORDER** |

For the reasons expressed in this Court's Opinion entered today, it is on this   25th   day of   March  , 2014,

ORDERED that defendant's motion for summary judgment [36] is GRANTED.

                                                          s/Noel L. Hillman
                                                          NOEL L. HILLMAN, U.S.D.J.